PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

FILED
JUN 26 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Christina Guevara Cardenas        Case Number:  SA-13-CR-0498-001
Alias: Christina Raquel Guevara

Name of Sentencing Judicial Officer:  Honorable Hayden Head, Senior United States District Judge;
**6/14/2013-Transferred to** Orlando L Garcia, United States District Judge

Date of Original Sentence:  May 10, 2012

Original Offense:  Conspiracy to Engage in Money Laundering, in violation of Title 18 U.S.C. § 1956(a)(1)(A)(i) and (h).

Original Sentence:  51 months imprisonment; 3 years supervised release; enroll and participate in an educational program designed to receive a high school diploma or its equivalency; during the first year of supervision, the defendant shall be restricted to her home each night from 10pm to 6am, unless other specific arrangements are made with the probation officer; during the second year and thereafter, while on supervised release, the defendant shall be restricted to her home each night from 12 midnight to 6am.

Type of Supervision:  Supervised Release        Date Supervision Commenced:  April 11, 2013

## PREVIOUS COURT ACTION

On June 18, 2013, Transfer of Jurisdiction was received from the Southern District of Texas, Corpus Christi Division.

## PETITIONING THE COURT

☐ To extend the term of supervision ___ years, for a total of ____ years.
☒ To modify the conditions of supervision as follows:

"The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendants ability to pay."

Christina Guevara Cardenas
SA-13-CR-0498-001
June 18, 2013
Page 2

## CAUSE

Ms. Cardenas has been diagnosed with a mood disorder, and she is currently taking Paxil and Wellbutrin for depression and anxiety. Ms. Cardenas attends counseling sessions twice a month at the Southeast University Family Health Center. Ms. Cardenas' counselor Ms. Burke is helping her utilize coping skills to decrease anxiety and depression.

A waiver of hearing to monitor conditions of supervise release was signed, and the offender agreed to the above modification.

Approved:                                                     Respectfully submitted,

_____                              _____
Edna DeFrancesca                                             Jennifer Litscher
Supervising U.S. Probation Officer                           U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5336                         Telephone: (210) 472-6590, Ext. 5320
                                                             Date: June 18, 2013

cc: James Henry Sturgis
    Assistant U.S. Attorney

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other _____

_____
Orlando L. Garcia
U.S. District Judge

6-26-13
_____
Date

PROB 49
(3/89)

# United States District Court
# Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

"The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendants ability to pay."

Witness: _____  Signed: _____
U.S. Probation Officer                        Probationer or Supervised Releasee

6.6.13
Date