UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:13-CR-00498(1)-OLG |
| | § | |
| (1) CHRISTINA GUEVARA CARDENAS | § | |

## ORDER RESETTING HEARING ON MOTION TO REVOKE SUPERVISED RELEASE

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **HEARING ON MOTION TO REVOKE SUPERVISED RELEASE** in Courtroom 1, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Tuesday, November 24, 2015 at 01:30 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 12th day of November, 2015.

_____
ORLANDO L GARCIA
UNITED STATES DISTRICT JUDGE